U.S. MAGISTRATE JUDGE MARY ALICE THEILER

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PROGRESSIVE NORTHERN INSURANCE COMPANY, as Assignee and Subrogee for George Lassanske,<br><br>Plaintiff,<br><br>vs.<br><br>FLEETWOOD ENTERPRISES, INC., a Delaware Corporation; FLEETWOOD MOTOR HOMES OF INDIANA, INC., an Indiana Corporation; SPARTAN MOTORS, INC., a Michigan Corporation; SPARTAN MOTORS CHASSIS, INC., a Michigan Corporation; CUMMINS ENGINE CO., INC., an Indiana Corporation; CUMMINS GREAT LAKES, INC., an Indiana Corporation; and CUMMINS GREAT LAKES, LLC, a Delaware Limited Liability Company,<br><br>Defendants. | NO. C04-1308MAT<br><br>ORDER GRANTING DEFENDANTS CUMMINS GREAT LAKES AND CUMMINS NPOWER'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO DESIGNATE EXPERT WITNESSES |

On Defendants Cummins Great Lakes, Inc. and Cummins NPower, LLC's Unopposed Motion for Extension of Time to designate Expert Witnesses and having been fully advised in the premises, it is hereby ORDERED that Defendants' Motion for Extension of Time to Designate Expert Witnesses is GRANTED. Defendants shall have

CC 1547712v1

until such time as this Court issues its final ruling on Defendants' pending Motion to Dismiss for Lack of Personal Jurisdiction.

    Dated this  2nd  of  December , 2005.

                                      s/ Mary Alice Theiler
                                      United States Magistrate Judge